ACCEPTED
09-17-00149-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 3:38 PM
CAROL ANNE HARLEY
CLERK

## NO. 09-17-00149-CR

| | | |
|---|---|---|
| **JERROLD JOSEPH WINWARD** | § | **IN THE COURT OF APPEALS FOR** |
| | § | |
| **V.** | § | **THE NINTH DISTRICT OF TEXAS,** |
| | § | |
| **THE STATE OF TEXAS** | § | **AT BEAUMONT, TEXAS** |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 3:38:04 PM
CAROL ANNE HARLEY
Clerk

_____

### STATE'S MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 3:38:04 PM
CAROL ANNE HARLEY
Clerk

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its appellate brief in the above-captioned cases. The State would respectfully show the Court the following:

1. On April 7, 2017, the appellant entered a plea of guilty of driving while intoxicated-subsequent offense and the court assessed his punishment at imprisonment for twelve years.

2. On April 7, 2017, the appellant filed notice of appeal.

3. On November 13, 2017, the appellant filed his brief in this Court.

4. The State's brief is due December 13, 2017.

5. The State has not previously requested an extension of time to file its brief.

1

6. The State hereby requests a 30-day extension of time to file its brief, until January 12, 2017.

7. Good cause exists for the requested extension of time, for the following reasons:

In the past thirty days, the undersigned counsel for the State has been required to prepare and file the State's brief in *Ex parte Elizabeth Ann Garrels*, No. PD-0710-17; the State's answer to application for post-conviction writ of habeas corpus in *Ex parte Nicole Nadra Baukus*, Cause No. 12-06-07085-CR-(1); and the State's brief in *Galen Dwayne Baugus v. The State of Texas*, Cause No. 09-16-00495-CR.

Further, the undersigned counsel is assigned to represent the State in Montgomery County's misdemeanor expunction cases, and has been required to attend to duties pursuant to that assignment.

Further, our office was closed November 23rd and 24th for the Thanksgiving holiday.

Consequently, counsel has not had sufficient time to prepare an adequate State's brief in this case.

THEREFORE, the State requests an extension of time to file its brief until January 12, 2017, in this case.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas


*/s/ Brent Chapell*
BRENT CHAPELL
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24087284
207 W. Phillips, Second Floor
Conroe, Texas   77301
(936) 539-7800
E-mail:brent.chapell@mctx.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion is being sent by e-mail to Heather E. Hoblit, attorney for the appellant, at h.e.hoblit@hoblitlaw.com, on the date of the filing of the original with the Clerk of this Court.

*/s/ Brent Chapell*
BRENT CHAPELL
Assistant District Attorney
Montgomery County, Texas

3